IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN HESSMER, ) | |
| ) | |
| Petitioner, ) | No. 3:12-0252 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| WARDEN COLSON ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Court ordered Plaintiff to cease filing pro se documents as he is represented by counsel. (Docket Entry Nos. 33 and 38). Petitioner is once more hereby **DIRECTED** to **CEASE FILING** pro se documents as long as he is represented by counsel, and "any further attempts to do so will be interpreted by the Court as deliberately acting in direct contravention of a court order." See United States v. Darwich, No. 09-CR-20280, 2010 WL 4822891, at *1 (E.D.Mich. Nov. 22, 2010). If Petitioner desires to proceed pro se, he may direct his attorney to file a motion to withdraw, sating the reasons therefor. The Clerk is **DIRECTED** to return to Plaintiff the documents mailed by Petitioner on June 26, 2012.

It is so **ORDERED**.

This the 28th day of June, 2012.

William J. Haynes, Jr.
United States District Judge